UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

COURTNEY LINDE, et al.

                Plaintiffs,

- v -

ARAB BANK, PLC,

                Defendant.

CV-04-2799 (NG)(VVP)
and all related cases[1]

---

## NOTICE OF WITHDRAWAL OF APPEARANCES

**PLEASE TAKE NOTICE** that Sean Gorman, Harvey Kurzweil and Alan N. Salpeter of Dewey & LeBoeuf LLP hereby withdraw their appearances as counsel to Defendant Arab Bank plc in the above referenced related cases.

---

[1] *Litle, et al. v. Arab Bank, PLC*, Case No. CV 04-5449 (E.D.N.Y. 2004) (NG) (VVP); *Coulter, et al. v. Arab Bank, PLC*, Case No. CV 05-365 (E.D.N.Y. 2005) (NG) (VVP); *Almog v. Arab Bank, PLC*, Case No. CV 04-5564 (E.D.N.Y. 2004) (NG) (VVP); *Afriat-Kurtzer v. Arab Bank, PLC*, Case No. CV 05-388 (E.D.N.Y. 2005) (NG) (VVP); *Bennett, et al. v. Arab Bank, PLC*, Case No. CV 05-3183 (E.D.N.Y. 2005 (NG) (VVP); *Roth, et al. v. Arab Bank, PLC*, Case No. CV 05-3738 (E.D.N.Y. 2005) (NG) (VVP); *Weiss, et al. v. Arab Bank, PLC*, Case No. CV 06-1623 (E.D.N.Y. 2006) (NG) (VVP); *Jesner, et al. v. Arab Bank, PLC*, Case No. CV 06-3689 (E.D.N.Y.) (NG) (VVP); *Lev, et al. v Arab Bank, PLC*, Case No. CV 08-3251 (E.D.N.Y. 2008) (NG) (VVP); and *Agurenko v. Arab Bank, PLC*, CV 10-626 (E.D.N.Y. 2010) (NG) (VVP).

Dated: May 10, 2012

Respectfully submitted,

By: _____
Steven J. Young

DEWEY & LEBOUEF LLP
1301 Avenue of the Americas
New York, NY 10019
akaiser@dl.com
Telephone: 212-259-8000
Facsimile: 212-259-6333

*Attorneys for Defendant Arab Bank plc*

**SO ORDERED**
Dated:
New York, New York

_____
United States District Judge

2